|   |   |
|---|---|
| 1 | Frank Woodson |
|   | Navan Ward |
| 2 | **BEASLEY, ALLEN, CROW, METHVIN,** |
|   | **PORTIS & MILES, P.C.** |
| 3 | 218 Commerce Street |
|   | P.O. Box 4160 |
| 4 | Montgomery, Alabama 36103 |
|   | Telephone: 334-269-2343 |
| 5 | Facsimile: 334-954-7555 |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| This Document Relates To: | |
| *William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB) | |
| *Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB) | |
| *Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB) | |
| *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB) | |
| *Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB) | |
| *Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB) | |
| *David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB) | |
| *Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | |

-1-

1. *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
   (06-2605 CRB)

2. *Ozzie Jackson vs. Pfizer Inc, et al.*
   (06-2274 CRB)

3. *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)

4. *Kathy Jewell vs. Pfizer Inc, et al.*
   (07-1355 CRB)

5. *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)

6. *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
   (07-4549 CRB)

7. *John R. Jones vs. Pfizer Inc, et al.*
   (06-3899 CRB)

8. *Sylvester Jones vs. G.D. Searle LLC, et al.*
   (07-4550 CRB)

9. *Robert K. Kiser II vs. Pfizer Inc, et al.*
   (06-4104 CRB)

10. *Frank Klinger vs. G.D. Searle LLC, et al.*
    (05-4739 CRB)

11. *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
    (08-2149 CRB)

12. *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    (07-1528 CRB)

13. *Bertha R. Lacy vs. Pfizer Inc, et al.*
    (06-7383 CRB)

14. *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
    (08-1856 CRB)

15. *Thomas Lauer vs. Pfizer Inc, et al.*
    (08-2854 CRB)

16. *Barbara Laver vs. Pfizer Inc, et al.*
    (08-3705 CRB)

17. *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    (06-7631 CRB)

18. *Vickie L. Lewis vs. Pfizer Inc, et al.*
    (06-4284 CRB)

1  *Robert L. Lippincott vs. Pfizer Inc, et al.*
2  (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)
4
   *Norma Matthias vs. Pfizer Inc, et al.*
5  (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)
7
   *William D. McCluskey vs. Merck & Co. Inc, et
8  al.*
   (07-3342 CRB)
9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)
12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)
15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)
18
   *Wilmer Merriweather vs. G.D. Searle LLC, et
19 al.*
   (05-4452 CRB)
20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)
23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)
26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

1. (09-0891 CRB)

2. *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3. *Ed Narke vs. Pfizer Inc, et al.*
   (08-0260 CRB)

4. *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

5. *Rosa M. Nelson vs. Pfizer Inc, et al.*
   (06-2275 CRB)

6. *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

7. *Floyd Odom vs. Pfizer Inc, et al.*
   (07-5885 CRB)

8. *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)

9. *Mary Osteen vs. Pfizer Inc, et al.*
   (06-6928 CRB)

10. *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

11. *James Curtis Owens vs. Pfizer Inc, et al.*
    (06-1669 CRB)

12. *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

13. *Albert Pearson vs. G.D. Searle LLC, et al.*
    (05-4455 CRB)

14. *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

15. *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
    (05-4492 CRB)

16. *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

17. *Linda Redinger vs. Pfizer Inc, et al.*
    (07-0454 CRB)

18. *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

19. *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
    (06-6114 CRB)

1  *Tracy Ring vs. G.D. Searle LLC, et al.*
2  (06-0733 CRB)
3
4  Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
7  each side bearing its own attorneys' fees and costs.
8
9  DATED: 10.16 2009    By: /s/ Navan Ward F.
10
11  **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
   218 Commerce Street
12 P.O. Box 4160
   Montgomery, Alabama 36103
13 Telephone: 334-269-2343
   Facsimile: 334-954-7555
14
   *Attorneys for Plaintiffs*
15
16 DATED: Oct. 19, 2009    By: /s/
17
18 **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
19 New York, New York 10020
   Telephone: 212-335-4500
   Facsimile: 212-335-4501
20
   *Defendants' Liaison Counsel*
21
22
23 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24 **IT IS SO ORDERED.**
25
26 Dated: 10/22/2009
27                                 Hon. Charles R. Breyer
                                   United States District Court
28

-5-